**Raymond OFFUTT, Plaintiff–Appellant,**

v.

**William FILBERT, Warden; William W. Sondervane, Commissioner of Maryland Division of Corrections, Defendants–Appellees.**

No. 01–8042.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 6, 2002.

Raymond Offutt, Appellant Pro Se.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Raymond Offutt appeals the district court's order dismissing as frivolous or malicious his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Offutt v. Filbert,* No. CA–01–3253–AMD (D. Md. filed Nov. 21, 2001; entered Nov. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*